**E-Filed 12/17/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE TENAGNEWORK MEKBEB,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES et al.,<br><br>　　　　　　　Defendants. | Case Number 09-4925 JF (RS)<br><br>**ORDER[1] GRANTING PLAINTIFF'S PETITION FOR CHANGE OF BIRTH DATE** |

　　On October 16, 2009, Plaintiff filed a petition to change her birth date on her Naturalization Certificate to February 18, 1958. On December 16, 2009, Defendants filed a notice of non-opposition. Good cause appearing, Plaintiff's petition will be granted. Pursuant to Plaintiff's request and to 8 C.F.R. § 334.16(b), the Clerk of Court will be ordered to serve the United States Citizenship and Immigration Services ("USCIS") District Director Rosemary

//

//

---

[1] This disposition is not designated for publication in the official reports.

Melville with a copy of this order at 630 Sansome Street, San Francisco, California 94111.  Once she receives it, the District Director Melville is to place the copy in Plaintiff's USCIS file.

**IT IS SO ORDERED.**

DATED: 12/17/09

_____
JEREMY FOGEL
United States District Judge