**E-Filed 5/13/10**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE TENAGNEWORK MEKBEB,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES et al.,<br><br>               Defendants. | Case Number 09-4925 JF (HRL)<br><br>**ORDER[1] CLOSING THE FILE** |

    The Plaintiff's petition to change her birth date on her Naturalization Certificate having been granted on December 17, 2009, IT IS HEREBY ORDERED that the Clerk of the Court CLOSE the file.

DATED: 5/13/10

                                                 _____
                                                 JEREMY FOGEL
                                                 United States District Judge

---

    [1] This disposition is not designated for publication in the official reports.